# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government via Zoom, Meeting ID: 161 174 3683, Passcode: 037865, before the **Honorable OMAR A. WILLIAMS, United States District Judge, on Tuesday, July 19, 2022, at 11:30 am.**

AUSA JONATHAN N. FRANCIS

**Plea Hearing/Waiver of Indictment**

UNITED STATES            Case No. 3:22CR    (OAW)

v.

JOHN DOE
(J. Justin Johnston, Esq.)

COUNT ONE
18 USC § 1343
Fraud by wire, radio, or television

PENALTIES
Imprisonment: 20 years maximum
Fine: $14,305,333.34
Supervised Release: 3 years maximum
Special Assessment: $100

COUNT TWO
18 USC § 1957
Money Laundering

PENALTIES
Imprisonment: 10 years maximum
Fine: $14,305,333.34
Supervised Release: 3 years maximum
Special Assessment: $100

To: Honorable Omar A. Williams

cc:    U. S. Attorney's Office –Hartford
        U. S. Marshal's Office – Hartford- *via email*
        U. S. Clerk's Office – Jazmin Perez, Courtroom Deputy - *via email*
        U. S. Probation Office – Hartford- *via email*
        J. Justin Johnston, Esq. (Counsel for Defendant)- *via email*