IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:22-cr-00142-OAW |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO ADMIT ATTORNEY J. JUSTIN JOHNSTON PRO HAC VICE**

COMES NOW Todd Bussert, pursuant to D. Conn. L. Civ. R. 83.1(d) and D. Conn. L. Cr. R. 1(c), and respectfully moves for the pro hac vice admission of J. Justin Johnston, Esquire in the above-captioner matter. In support of this request, I aver:

1. I am a member in good standing of this Bar.

2. Attorney Johnston is retained counsel for John Doe. Attorney Johnston is a member in good standing of the Missouri and Kansas Bars with offices in Kansas City, Missouri.

3. Attorney Johnston's requisite affidavit, with certificates of good standing, is attached hereto as Exhibit 1.

4. AUSA Jonathan Francis (for the government) has no objection to this request.

WHEREFORE, it is requested that the Court admit Attorney Johnston for the limited purpose of representing Mr. Doe in the instant matter. Subject to the granting of this request, the undersigned further seeks leave to be excused from further proceedings. See D. Conn. L. Civ. R. 83.1(d)(2).[1]

---

[1] The undesigned does intend to appear for tomorrow's scheduled hearing, having been provided the Zoom information. With the Court's permission, I would respectfully ask to be excused following the Court's consideration of this application.

        Respectfully submitted,

BY:     */s/ Todd Bussert*
       Todd A. Bussert, CT24328
       FROST | BUSSERT LLC
       350 Orange Street, Suite 100
       New Haven, CT 06511
       (203) 495-9790; Fax: (203) 495-9795
       tab@frostbussert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Todd Bussert*
    Todd A. Bussert