IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:22-cr-_____-OAW |
| ) | |
| ███████, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF J. JUSTIN JOHNSTON

I, J. Justin Johnston, being duly sworn, do depose and say:

1. I make this affidavit in support of an Application to appear pro hac vice before the United States District Court for the District of Connecticut.

2. My law office is Johnston Law Firm, LLC, located at 811 Grand Blvd., Suite 101, Kansas City, Missouri 64106. My firm phone number is (816) 787-0310; facsimile (816) 421-5403; and email jjj@johnstonlawkc.com.

3. I am a member in good standing of the bars of the State of Missouri (Bar No. 52252) and Kansas (Bar No. 20101). Certificates of good standing for both jurisdictions are attached hereto.

4. I certify that I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I certify that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

6. I designate Todd Bussert as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of said attorney's admission under this Local Rule 83.1(d).

_____   7/15/22
Signature                    Date

STATE OF MISSOURI   )
JACKSON COUNTY      )

Signed and sworn before me in Jackson County, Missouri, by J. Justin Johnston on this 15 day of July, 2022.

_____
Notary Public

My commission expires 5/2/2025

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on May 21, 2001,

## John J. Johnston

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 5th day of July, 2022.

**Active Status**

*Douglas T. Shima*
*Clerk of the Supreme Court of Kansas*

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/27/2000,

## *John Justin Johnston*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of July, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri