UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 3:22-CR-142 (OAW) |
| | : | |
| KYLE J. WINE | : | |

**RESTITUTION ORDER**

**I. RESTITUTION LIABILITY**

### A. Restitution Amount

Defendant, Kyle J. Wine, shall pay the remaining restitution amount of $7,013,069.95, pursuant to 18 U.S.C. § 3663A.

### B. Identification of Victims

Restitution in the amount of $7,013,069.95 shall be paid, *pro rata*, to the victims identified in Schedule A, ECF No. 42.  Schedule A shall be maintained under seal.  The court finds a clear and compelling reason for this sealing insofar as Schedule A contains identifying personal identifying information of the victims of the offense.  The court further finds that sealing Schedule A is narrowly tailored to address this privacy interest.  Loc. R. Crim. P. 57(b)(3)(A).

**II. Interest and Penalties**

All interest is waived.  All penalties are waived by the government pursuant to 18 U.S.C. § 3612(h).

**III. Time and Method of Payment**

Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial

1

resources and other assets of the defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the defendant; and (3) any financial obligations of the defendant, including obligations to dependents, the defendant hereby is ordered to pay restitution in the manner and according to the schedule that follows:

> A. While the defendant serves his term of imprisonment, the court recommends that he participate in the Inmate Financial Responsibility Program.
>
> B. After completion of the term of imprisonment, the defendant shall make monthly installment payments of not less than $500, or an amount equal to 20% of gross income, whichever is greater.

**IV. Payment Instructions**

The defendant shall make payment to the Clerk of Court.  Payment may be made in the form of cash, check or money order.  All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the United States District Court, Attention: Clerk's Office, Abraham Ribicoff Federal Building, 450 Main Street, Suite A012, Hartford, CT 06103, as required by 18 U.S.C. § 3611.  The defendant shall write the docket number of this case on each check delivered to the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards.  Before making payments on-line, debtors should self-enroll on Pay.gov.  Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

The Clerk of Court respectfully is asked to distribute restitution payments to the victims identified in this order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

**V. Additional Provisions**

The defendant shall notify the court, the United States Probation Office (during his period of supervised release), and the United States Attorney's Office, of any material change in his economic circumstances that might affect his ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall notify the court, the United States Probation Office (during his period of supervised release), and the United States Attorney's Office, of any change in address.

The defendant shall apply to any restitution still owed the value of any substantial resources from any source the defendant receives during the period of incarceration, including inheritance, settlement, or other judgment in accordance with 18 U.S.C. § 3664(n).

Nothing in this order shall prevent the Bureau of Prisons from implementing restitution payments in accordance with its Inmate Financial Responsibility Program ("IFRP"), 28 C.F.R. § 545.10-11, up to the maximum amount permitted under the IFRP guidelines.

**IT IS SO ORDERED** this 6th day of April, 2023, at Hartford, Connecticut.

                                                  /s/
                                    OMAR A. WILLIAMS
                                    UNITED STATES DISTRICT JUDGE